**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REAPERS HOCKEY ASSOCIATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMATEUR HOCKEY ASSOCIATION ILLINOIS, INC., TEAM ILLINOIS HOCKEY CLUB INC., CHICAGO MISSION AAA HOCKEY CLUB INC., CHICAGO FURY, INC., and CHICAGO YOUNG AMERICANS, INC., )<br>)<br>Defendants. ) | Case No. 1:19-cv-01302<br><br>Hon. Judge Manish S. Shah |

**NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on **April 4, 2019, at 10:45 AM**, or as soon thereafter as the motion may be heard, I shall present the attached Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Amateur Hockey Association of Illinois, Inc. ("AHAI") before the Honorable Manish S. Shah, U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois.

Date:  April 3, 2019

        Respectfully submitted,

        /s/ *Matthew Owen*
        Matthew Owen
        KIRKLAND & ELLIS LLP
        1301 Pennsylvania Ave., N.W.
        Washington, D.C. 20004
        Telephone: (202) 389-5943
        Facsimile: (202) 389-5200
        Matt.Owen@kirkland.com

        James H. Mutchnik, P.C.
        Barack S. Echols
        Donna A. Peel
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200
        jmutchnik@kirkland.com
        barack.echols@kirkland.com
        donna.peel@kirkland.com

        *Attorneys for Defendant Amateur Hockey Association of Illinois, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 3rd day of April, 2019, a true and correct copy of the foregoing **NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which shall send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer.

/s/ *Matthew Owen*
Matthew Owen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-5943
Facsimile: (202) 389-5200
Matt.Owen@kirkland.com
