# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REAPERS HOCKEY ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-01302 |
| ) | |
| AMATEUR HOCKEY ASSOCIATION ) | Hon. Judge Manish S. Shah |
| ILLINOIS, INC., TEAM ILLINOIS HOCKEY ) | |
| CLUB, INC., CHICAGO MISSION AAA ) | Hon. Magistrate Judge Jeffrey Cummings |
| HOCKEY CLUB, INC., CHICAGO FURY, ) | |
| INC., and CHICAGO YOUNG AMERICANS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## TEAM DEFENDANTS' MOTION TO DISMISS

Defendants TEAM ILLINOIS HOCKEY CLUB, INC., CHICAGO MISSION AAA HOCKEY CLUB, INC., CHICAGO FURY, INC., and CHICAGO YOUNG AMERICANS, INC. ("**CYA**") (collectively, the "**Team Defendants**") by their attorneys, Mitchell D. Raup, Gregory M. Bentz, Anthony J. Nasharr, Rodney L. Lewis, and Sohil M. Shah of Polsinelli PC, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully request this Court to dismiss the Complaint filed by plaintiff REAPERS HOCKEY ASSOCIATION, INC. (the "**Reapers**") based on the legal arguments and authorities set forth in the accompanying Memorandum of Law in Support.

2

Dated: April 8, 2019	TEAM ILLINOIS HOCKEY CLUB, INC., CHICAGO MISSION AAA HOCKEY CLUB, INC., CHICAGO FURY, INC., and CHICAGO YOUNG AMERICANS, INC.


By: */s/ Mitchell D. Raup*
    One of their Attorneys

Mitchell D. Raup (ARDC: 6185120)
Polsinelli PC
1401 Eye Street N.W., Suite 800
Washington, DC 20005
202.783.3300
mraup@polsinelli.com

Gregory M. Bentz (admitted *pro hac vice*)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.753.1000
gbentz@polsinelli.com

Anthony J. Nasharr (ARDC: 6185855)
Rodney L. Lewis (ARDC: 6288353)
Sohil M. Shah (ARDC: 6316678)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
312.819.1900
anasharr@polsinelli.com
rodney.lewis@polsinelli.com
sshah@polsinelli.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 8, 2019, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

<u>*/s/ Mitchell D. Raup*</u>