# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REAPERS HOCKEY ASSOCIATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-01302 |
| ) | |
| AMATEUR HOCKEY ASSOCIATION ) | Hon. Judge Manish S. Shah |
| ILLINOIS, INC., TEAM ILLINOIS HOCKEY ) | |
| CLUB, INC., CHICAGO MISSION AAA ) | Hon. Magistrate Judge Jeffrey Cummings |
| HOCKEY CLUB, INC., CHICAGO FURY, ) | |
| INC., and CHICAGO YOUNG AMERICANS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: See attached Certificate of Service.

PLEASE TAKE NOTICE that on **April 24, 2019** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish S. Shah in Courtroom 1919 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Team Defendants' Motion to Dismiss**, a copy of which is hereby attached and served upon you.

Dated: April 8, 2019

TEAM ILLINOIS HOCKEY CLUB, INC., CHICAGO MISSION AAA HOCKEY CLUB, INC., CHICAGO FURY, INC., and CHICAGO YOUNG AMERICANS, INC.

By: */s/ Mitchell D. Raup*
One of their Attorneys

Mitchell D. Raup (ARDC: 6185120)
Polsinelli PC
1401 Eye Street N.W., Suite 800
Washington, DC 20005
202.783.3300
mraup@polsinelli.com

Gregory M. Bentz (admitted *pro hac vice*)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.753.1000
gbentz@polsinelli.com

Anthony J. Nasharr (ARDC: 6185855)
Rodney L. Lewis (ARDC: 6288353)
Sohil M. Shah (ARDC: 6316678)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
312.819.1900
anasharr@polsinelli.com
rodney.lewis@polsinelli.com
sshah@polsinelli.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 8, 2019, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

*/s/ Mitchell D. Raup*