**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REAPERS HOCKEY ASSOCIATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-01302 |
| | ) | |
| AMATEUR HOCKEY ASSOCIATION | ) | Hon. Judge Manish S. Shah |
| ILLINOIS, INC., TEAM ILLINOIS HOCKEY | ) | |
| CLUB, INC., CHICAGO MISSION AAA | ) | Hon. Magistrate Judge Jeffrey Cummings |
| HOCKEY CLUB, INC., CHICAGO FURY, | ) | |
| INC., and CHICAGO YOUNG AMERICANS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**TEAM DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants TEAM

ILLINOIS HOCKEY CLUB, INC., CHICAGO MISSION AAA HOCKEY CLUB, INC.,

CHICAGO FURY, INC., and CHICAGO YOUNG AMERICANS, INC. ("**CYA**") (collectively,

"**Team Defendants**") by their attorneys, Mitchell D. Raup, Gregory M. Bentz, Anthony J.

Nasharr, Rodney L. Lewis, and Sohil M. Shah of Polsinelli PC, hereby submit the following

disclosure statement:

1.      Each of the Team Defendants is a nongovernmental corporate party.

2.      There is no parent corporation or any publicly held corporation owning 10% or

more of any of the Team Defendants' stock.

3.      None of the Team Defendants has any publicly held affiliate.

1

Dated:  April 8, 2019

TEAM ILLINOIS HOCKEY CLUB, INC.,
CHICAGO MISSION AAA HOCKEY
CLUB, INC., CHICAGO FURY, INC., and
CHICAGO YOUNG AMERICANS, INC.


By: */s/ Mitchell D. Raup*
    One of their Attorneys

Mitchell D. Raup (ARDC: 6185120)
Polsinelli PC
1401 Eye Street N.W., Suite 800
Washington, DC 20005
202.783.3300
mraup@polsinelli.com

Gregory M. Bentz (admitted *pro hac vice*)
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816.753.1000
gbentz@polsinelli.com

Anthony J. Nasharr (ARDC: 6185855)
Rodney L. Lewis (ARDC: 6288353)
Sohil M. Shah (ARDC: 6316678)
Polsinelli PC
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
312.819.1900
anasharr@polsinelli.com
rodney.lewis@polsinelli.com
sshah@polsinelli.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2019, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

*/s/ Mitchell D. Raup*