# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Reapers Hockey Association, Inc.

                                     Plaintiff,

v.                                    Case No.: 1:19−cv−01302
                                                                              Honorable Manish S. Shah

Amateur Hockey Association Illinois, Inc., et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 31, 2019:

        MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal, the case is dismissed with prejudice, with the parties to bear their own costs and fees. All pending deadlines and status hearing dates are terminated. Terminate civil case. (mss)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.